UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARTY CALDERON
                Plaintiff,     :  NOTICE OF
                                  :  APPEARANCE

       -against-           :  08 Civ. 1516 (KMK)

COMMISSIONER OF SOCIAL SERVICES
David Hansell, In Individual and
Official Capacity, Philip Nostramo,
In Individual & Official Capacity,
and Ralph Arce, In Individual and
Official Capacity,

               Defendants.
------------------------------------X



      **To the Clerk of the Court and all Parties of Record:**

      The undersigned hereby enters his appearance for defendants David Hansell, as Commissioner of the New York State Office of Temporary and Disability Assistance, in his official and personal capacities, and Philip Nostramo, in his official and personal capacities.

      I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         May 15, 2008

                               /s/ William H. Bristow III
                               WILLIAM H. BRISTOW III (WB-1521)
                               Assistant Attorney General
                                 State of New York
                               Office of the Attorney General
                               120 Broadway, 24th Floor
                               New York, New York 10271
                               (212) 416-8648