USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTY CALDERON,

                Plaintiff,

-v-

RALPH ARCE et al.,

                Defendants.

Case No. 08-CV-1516 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

    At the conference held by the Court on July 9, 2008, the Court adopted the following scheduling order:

    Each Defendants' motion to dismiss shall be filed with the Clerk and served upon opposing counsel and the Court not later than September 4, 2008. The motions shall not be longer than forty (40) pages.

    Plaintiff's opposition papers shall be filed with the Clerk and served upon opposing counsel and the Court not later than October 3, 2008. The opposition papers shall not be longer than forty (40) pages.

    Reply papers shall be filed with the Clerk and served upon opposing counsel and the Court not later than October 17, 2008. The reply papers shall not be longer than ten (10) pages.

    Sur-reply papers shall not be accepted or filed unless prior permission of the Court is given.

    Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

    Parties are reminded to adhere to the strict page limits, which will only be extended in extreme circumstances.

    If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

Parties will return for a status conference on July 21, 2008, at 9:45 a.m.

SO ORDERED.

Dated:   July 9, 2008
         White Plains, New York

                                                    _____
                                                    KENNETH M. KARAS
                                                    UNITED STATES DISTRICT JUDGE

Service List:

Marty Calderon
PO Box 834
Verplanck, NY 10596
*Pro Se Plaintiff*

Irma W. Cosgriff
Westchester County Attorney's Office
148 Martine Avenue, Room 600
White Plains, NY 10601
(914) 995-3577
Fax: (914) 995-3132
Email: iwc1@westchestergov.com
*Counsel for Defendant Ralph Arce*

William H. Bristow, III
Office of the Attorney General
Assistant Attorney General
State of New York
120 Broadway, 24th Floor
New York, NY 10271
(212) 416-8648
Fax: (212) 416-6077
Email: william.bristow@oag.state.ny.us
*Counsel for Defendant Philip Nostramo*